THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Darrell Eugene
 Roberts, Appellant.
 
 
 

Appeal From Spartanburg County
 Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No. 2008-UP-103
Submitted February 1, 2008  Filed
 February 12, 2008   

AFFIRMED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, of
 Columbia, Solicitor Harold W. Gowdy, tof Spartanburg, for Respondent.
 
 
 

PER CURIAM: Darrell
 Eugene Roberts pled guilty to third
 degree criminal sexual conduct with a minor.  On appeal Roberts argues the plea
 court erred in accepting his guilty plea without first informing Roberts he
 would be required to register as a sex offender for the remainder of his life. 
 We affirm pursuant to Rule 220(b), SCACR, and the following authority:  State
 v. McKinney, 278 S.C. 107, 108, 292 S.E.2d 598, 599 (1982) (Absent timely
 objection at a plea proceeding, the unknowing and involuntary nature of a
 guilty plea can only be attacked through the more appropriate channel of
 Post-Conviction Relief.). 
AFFIRMED. [1] 
HUFF,
 KITTREDGE, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.